UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**LEROY DAVIS (#259562)**  CIVIL ACTION

**VERSUS**

**JAMES M. LEBLANC, ET AL.**  NO. 21-00193-BAJ-SDJ

## RULING AND ORDER

Before the Court is pro se Plaintiff's Complaint, initially filed on April 6, 2021. **(Doc. 1).** Plaintiff has failed to establish that this Court has subject matter jurisdiction over the claims in this case. The Magistrate Judge has issued a **Report and Recommendation (Doc. 7)**, recommending that the Court dismiss Plaintiff's complaint for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and that the complaint be dismissed with prejudice. There are no objections to the Magistrate Judge's Report.

Having carefully considered Plaintiff's Complaint and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims against Defendants James M. LeBlanc and the Louisiana Department of Public Safety and Corrections be and are hereby **DISMISSED WITH PREJUDICE,** with each party to bear its own costs.

Baton Rouge, Louisiana, this 27th day of July, 2022

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**